**Motion Granted and Order filed August 12, 2013.**



**In The**

# Fourteenth Court of Appeals

————————

## NO. 14-13-00711-CV

————————

## IN RE ULLICO CASUALTY COMPANY, ET AL., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 60307**

---

# O R D E R

On August 9, 2013, relators, Ullico Casualty Company, et al., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable Ben Hardin, Judge of 23rd District Court, in Brazoria County, Texas, to set aside his order dated August 5, 2013, entered in trial court cause number 60307, styled *Charlene Hembree, et al. v.Thermal Polymer System, LC, et al.* Relators claim respondent abused his discretion by denying their opposed emergency motion for entry of an order confirming stay of all proceedings.

Relator has also filed a motion for a temporary stay of proceedings below. *See*

Tex. R. App. P. 52.8(b), 52.10.   On August 9, 2013, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted.   We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 60307, styled *Charlene Hembree, et al. v.Thermal Polymer System, LC, et al.* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Matthiesen, Wicker & Lehrer, S.C. and Kelly, Smith & Murrah, P.C., the real parties-in-interest, to file a response to the petition for writ of mandamus on or before August 26**, 2013.**   *See* Tex. R. App. P. 52.4.


PER CURIAM

Panel consists of Justices Brown, Busby, and Donovan.